**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ARNOLD SCHWARTZ,

                      Plaintiff,

  -against-                                        19 **CIVIL** 7846 (VSB)

                                                                  **JUDGMENT**

UNITED STATES OF AMERICA,

                      Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 17, 2020, Defendant's motion to dismiss, (Doc.6), Plaintiff's Complaint is granted; accordingly, this case is closed.

**Dated:**  New York, New York

           September 17, 2020

                                                               **RUBY J. KRAJICK**
                                                                 _____
                                                                     **Clerk of Court**
                                                   **BY:**
                                                                      **Deputy Clerk**